UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL MANN, ALSO KNOWN AS
CYRUS CASBY,

                          Plaintiff,

           -against-

CURTIS JACKSON, ET AL.,

                      Defendants.

26cv4469 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 3, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge*

*v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    June 9, 2026
           New York, New York

                                  /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                           Chief United States District Judge